UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| STEPHEN POLLILO | : | |
| Debtor | : | Bankruptcy No. 02-38061bf |
| STEPHEN POLLILO and WILLIAM C. MILLER, ESQ., Chapter 13 trustee, Interested party | : : | |
| Plaintiff | : | |
| v. | : | |
| HARLEYSVILLE NATIONAL BANK | : | |
| Defendant | : | Adversary No. 09-0287 |

................................................

ORDER

................................................

AND NOW, this 15th day of January 2010, for the reasons stated in the acccompanying memorandum, it is hereby ordered that defendant's motion to dismiss Counts I, II, and IV of the plaintiff's complaint for failure to state a cause of action is granted.

It is further ordered that Count III is dismissed for lack of subject matter jurisdiction.

BRUCE FOX
United States Bankruptcy Judge

copies to:

Robert C. Cocco, Esq.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Mr. Stephen Polillo
200 Greenwood Avenue
Ambler, PA 19002

Jeffrey G. Trauger, Esq.
Grim, Biehn & Thatcher
104 South Sixth Street
Perkasie, PA 18944